# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LAWRENCE G. STEWART, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-12-321-FHS-KEW |
| | ) | |
| JASON BRYANT, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

On August 13, 2015, the United States Magistrate Judge for this District filed a Report and Recommendation in this case. The Petitioner failed to file an objection to the Report and Recommendation within the allotted time. As a result, the Report and Recommendation is deemed confessed.. Accordingly, this Court finds the record before it specifically documents and supports the Report and Recommendation of the United States Magistrate Judge that this action be in all respects be dismissed.

Upon full consideration of the entire record and the issues herein, this Court finds and orders that the Report and Recommendation of the United States Magistrate be **affirmed** and adopted by this Court as this Court's Findings and Order, and Petitioner's writ of habeas corpus is **dismissed**.

**IT IS SO ORDERED** this 10th day of September, 2015.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma